TIME OF
BEST COPY AVAILABLE
LENDER COPY

HIGHER EDUCATION ASSISTANCE FOUNDATION
P.O. BOX 64107 • ST. PAUL, MN 55164

◄ After lender completes application,
mail HEAF copy only to this address.

GUARANTEED STUDENT LOAN
(GSL) APPLICATION/
PROMISSORY NOTE

**SECTION A - TO BE COMPLETED BY BORROWER (PRINT IN INK, PRESS FIRMLY OR TYPE)**

1. NAME (NO NICKNAMES)
LAST **Gowens**   FIRST **Junnith**

2. WHEN WERE YOU BORN?

4. PERMANENT ADDRESS  **7524 S. Phillips**   1
CITY **Chicago**   STATE **ILL.**   ZIP **60649**

6. U.S CITIZENSHIP STATUS (CHECK ONE)
☑ U.S. CITIZEN OR NATIONAL   ☐ PERMANENT RESIDENT OR OTHER ELIGIBLE ALIEN

ALIEN ID NUMBER IF APPLICABLE

7. PERMANENT RESIDENT OF WHICH STATE **IL.**

8a. DRIVER LICENSE NUMBER (IF YOU DO NOT HAVE A LICENSE.

8b. STATE IN WI

9. ADDRESS WHILE IN SCHOOL (STREET, CITY, STATE, ZIP)
**(SAME) 7524 S Phillips**

11. MAJOR COURSE OF STUDY; SEE INSTRUCTIONS IN APP BOOKLET **Cosmetology**

12. LOAN AMOUNT REQUESTED $ **2625** .00

13. LOAN PERIOD FROM MO **12 88** TO MO **6 89**

**PRIOR LOAN INFORMATION**

14. HAVE YOU EVER DEFAULTED ON A GSL, SLS (ALAS), PLUS, CONSOLIDATED, OR INCOME CONTINGENT LOAN?
☐ YES (GIVE DETAILS ON SEPARATE SHEET) ☑ NO

15a. DO YOU HAVE ANY PRIOR UNPAID GSL LOANS?
☐ YES (GO TO 15b) ☑ NO (GO TO 20a)

15b. IF YES, TOTAL UNPAID BALANCE OF GSL LOANS $

16. UNPAID PRINCIPAL BALANCE OF MOST RECENT GSL $

17. GRADE LEVEL OF MOST RECENT GSL, SEE INSTRUCTIONS IN APP BOOKLET

18. LOAN PERIOD START DATE OF MOST RECENT GSL MO DAY YR

19. INTEREST RATE OF MOST RECENT GSL ☐ 7% ☐ 8% ☐ 9%

20a. DO YOU HAVE ANY PRIOR UNPAID SLS (ALAS) OR PLUS LOANS? ☐ YES (GO TO 20b) ☑ NO (GO TO 21a)

20b. YES TOTAL UNPAID PRINCIPAL BALANCE OF PRIOR SLS (ALAS) LOANS RECEIVED DURING ► UNDERGRADUATE STUDY $ ___ GRADUATE STUDY $ ___

21a. DO YOU HAVE ANY UNPAID PLUS LOANS IF YOU BORROWED AS A PARENT UNDER THE PLUS LOAN PROGRAM? ☐ YES (GO TO 21b) ☑ (GO TO 22a)

21b. IF YES, TOTAL UNPAID PRINCIPAL BALANCE OF PLUS LOANS $

**REFERENCES (YOU MUST PROVIDE THREE DIFFERENT NAMES, WITH DIFFERENT U.S. ADDRESSES AND PHONE NUMBERS)**

22a. NAME **Mrs Olivie Lane**   STREET **5644 S Peoria**   CITY STATE ZIP **Chicago Ill 60621**

22b. NAME **Kimberly Blackston**   STREET **1734 E. 72 Street**   CITY STATE ZIP **Chicago Ill 60649**

22c. NAME **Maudell Whitehead**   STREET **2411 E. 78 Street**   CITY STATE ZIP **Chicago Ill. 60649**

NOTICE T...

...terms and conditions contained in the Disclosure Statement that will be provided to me no later than the time of the first disbursement of the loan. I have read, understand, and I agree to the Borrower's Certification on the reverse side of this Promissory Note. I understand that this is a Promissory Note. I will not sign it before reading all of its provisions, even if otherwise advised. I am entitled to a copy of this Promissory Note. By signing this Promissory Note, I acknowledge that I have received an exact copy of it.

23a. SIGNATURE OF BORROWER (APPLICATION CANNOT BE PROCESSED WITHOUT SIGNATURE)
Y **Jucinda Gowens**

23b. DATE BORROWER SIGNED MO **7** DAY **26** YR **88**

**SECTION B - TO BE COMPLETED BY SCHOOL**

24. NAME OF SCHOOL
**WILFRED ACADEMY OF HAIR & BEAUTY CULTURE**

26. PHONE

27. SCHOOL CODE

25. ADDRESS (STREET, CITY, STATE, ZIP)
**65 E. WACKER PLACE CHICAGO, ILLINOIS 60**

28.

29.

30. PERIOD LOAN WILL COVER MO **12** DAY **20** YR **88** — **6 20 89**

31. STUDENT'S GRADE LEVEL (CHECK ONE)
CORRESP ☐ 0
UNDERGRAD ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5
GRAD ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10

32. ANTICIPATED GRADUATION DATE MO **12** DAY **20** YR **89**

33. STUDENT STATUS (CHECK ONE) ☐ DEPENDENT ☑ INDEPENDENT

34. ADJUSTED GROSS INCOME (AGI) $ **17568**

35. COST OF ATTENDANCE FOR LOAN PERIOD $ **8283**

36. ESTIMATED FINANCIAL AID FOR LOAN PERIOD $ **4575**

37. EXPECTED FAMILY CONTRIBUTION (EFC) $ **33**

38. DIFFERENCE (ITEM 35 LESS ITEMS 36 AND 37) OR LEGAL MAXIMUM $ **3675**

39. SUGGESTED DISBURSEMENT DATES
1ST DISB **12 6 88**   2ND DISB MO DAY YR   3RD DISB MO DAY YR

40. DO SUGGESTED DISBURSEMENT DATES CORRESPOND TO SCHOOL TERMS? YES ☑ NO ☐

41. WILL THE STUDENT ATTEND A FOREIGN SCHOOL? YES ☐ NO ☑

42. SCHOOL USE ONLY

I HAVE READ, UNDERSTAND, AND I AGREE TO THE TERMS OF THE SCHOOL CERTIFICATION PRINTED ON THE REVERSE SIDE OF THIS APPLICATION.

43a. SIGNATURE OF SCHOOL OFFICIAL X **Miriam Aquino**

43b. DATE MO **8** DAY **3** YR **88**

43c. PRINT NAME AND TITLE **MIRIAM AQUINO FAC**

**SECTION C - TO BE COMPLETED BY LENDER**

44. NAME OF LENDER
**First America Savings, F.S.B. dba MAHELP**

46. LENDER CODE

50. LOAN DISBURSEMENTS

45. ADDRESS (STREET, BUILDING, CITY, STATE, ZIP)
**P.O. Box 820, Longmont, CO 80501**

47. BRANCH CODE

52. IS THIS AN UNSUBSIDIZED LOAN? YES ☐ NO ☑

53. LENDER ACCOUNT NUMBER

54. LENDER USE ONLY

48.

**SECTION D - TO BE COMPLETED BY HEAF**

55a. SIGNATURE OF LENDING OFFICIAL X **Judi Goldberry**
PRINT NAME AND TITLE

49.

51. TOTAL LOAN AMOUNT APPROVED $ .00

55b. DATE SIGNED MO **8** DAY **11** YR **88**

56. HEAF USE ONLY

57. PROMISSORY NOTE STATUS

GSL-304

EXHIBIT A

## A. PROMISSORY NOTE

### A. PROMISE TO PAY

The Interest, Guarantee Fee, and Origination Fee rates and terms (mentioned in the Promise to Pay on the front of this application/promissory note) are:

1. Interest on the unpaid principal balance. The applicable interest rate on this loan will be figured in the following manner: If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 6%, the applicable interest rate on this loan will be 7%. If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 7%, 8%, or 9%, the applicable interest rate on this loan will be the same as that of my other loan(s). If I have no outstanding Guaranteed Student Loans, my applicable interest rate on this loan will be 8%. I understand that if I am eligible for federal interest benefits, the interest will be paid by the Secretary of Education (Secretary) (a) during the period I am in school on at least a half-time basis, (b) during the grace period described under Repayment in this Note, and (c) during the time my loan payments are deferred as allowed by and described under Deferment in this Note. If I am a "new borrower" (as defined below) with a period of enrollment beginning on or after July 1, 1988, my applicable interest rate on this loan will be 8% through the fourth year of repayment. Beginning on the first day of the fifth year of repayment, my applicable interest rate on the loan will be 10%. A "new borrower" is one who has no outstanding balance on a GSL, PLUS, ALAS, SLS or Consolidation Loan on the date he or she signs the promissory note for a loan to cover a period of enrollment beginning on or after July 1, 1988.

2. The Guarantee Fee

HEAF may charge a fee to guarantee my loan. The amount, if any, is governed by current law, applicable regulations and HEAF policy and Rules and Regulations. The Guarantee Fee will be deducted proportionately from each disbursement for applications signed on or after July 1, 1987. I understand that this charge is not subject to refund except for the amount attributable to any disbursement I do not receive, which refund will, at the lender's option, be applied to my loan balance or be returned to me. My loan disclosure statement will show the actual guarantee fee charged.

3. The Origination Fee will be deducted from the proceeds of the loan. The fee is determined by federal law and will be reflected on my disclosure statement. Origination fees may be refunded, pro rata, on undisbursed amounts, if the loan is repaid in full within 120 days of disbursement, if the loan check is not cashed within 120 days of disbursement, or if the check is returned to the lender uncashed.

### B. DISCLOSURE OF LOAN INFORMATION

I understand that before I receive my first loan check, my lender will send me a loan disclosure statement that identifies all the terms of my loan.

### C. GENERAL

I understand that the lender has applied Higher Education Assistance Foundation and the terms of this Promissory Note are of the Higher Education Act of 1965, as under the Act and the Rules and Regulations law, this Note shall be governed by the l

### D. REPAYMENT

I will repay this loan in periodic installments than the end of my grace period

However, during the grace period I may grace period begins when I cease to attend a school that is participating in the G
1) The Secretary will pay the interest that and during any deferment period, if it is made on my behalf under the regulation this loan is payable by the Secretary, th me. I may, however, choose to pay this
2) Once the repayment period begins I accrues on this loan, except that if the period was payable by the Secretary, any period described under Deferment.
3) The lender may add any interest th paid when it is due, in accordance with GSLP
4) I will repay this loan over a repayment more than 10 years. However, the follow a. If, during the grace period, I request a shorter period.
b. The lender may require a repayment ensure that during each year of the GSL, PLUS or SLS program loans is less than $600 of the unpaid principal of al.
c. If in anticipation of the consequences of my ment in this Note, as the undersigned will not be in default under the Guaranteed SL.
5) If, during the grace period, I request a period shorter than 5 years, in that extended for 5 years.
6) I must contact the lender prior to my repayment. If I neglect to do so, then with certain guidelines set forth in Part however, the lender must inform me provided to the lender.
7) The particular terms and conditions in a separate document that the lender 8) My obligation to repay this loan disabled or die.

### E. PREPAYMENT

At my option and without penalty, principal balance of this Note. In the unincurred interest that I have paid. same method by which interest I pay.

### F. DEFERMENT

I understand that in certain instances authorized by the Act the payments I am required to make, as described under Repayment in this Note, may be deferred. The instances currently authorized by the Act are described under Deferment in the HEAF application information booklet. To obtain such deferment, I agree to comply with the relevant federal regulations and the Rules and Regulations of the HEAF including, without limitation, submission of required forms to the lender.

### G. FORBEARANCE

If I am unable to repay this loan in accordance with the terms established under Repayment in this Note, I may request the lender to modify these terms. I understand that such modification would be at the lender's option and would have to be in compliance with the Act, federal regulations adopted under the Act and the Rules and Regulations of HEAF. I understand that [redacted] under this Section is different from Deferment (as described in this Note and that during this period I will remain responsible for payment of interest, which the lender may (a) collect from me on a periodic basis or (b) add to the principal balance of this loan.

### H. DEFAULT

1. Definition—I understand that under the Act and HEAF Rules and Regulations, any of the following events is a default:
a. failing to make any installment payment when due, provided that this failure persists for 180 days for a loan repayable in monthly installments or 240 days for a loan repayable in less frequent installments;
b. making any false representation for the purpose of obtaining this loan;
c. using the loan proceeds for other than educational purposes;
d. failing to enroll in the school that completed the application for the time identified as my loan period;
e. not notifying the lender immediately if I (a) drop to less than a half-time student, (b) change my graduation date, (c) change my name, or (d) change my permanent address.

2. Consequences of default—if I default on this loan:
a. The lender may declare the entire unpaid amount of the loan, including interest, immediately due and payable;
b. The lender, holder, or guaranty agency may disclose to schools I have attended (or am currently attending) information about the default;
c. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan (formerly called National Direct Student Loan), Guaranteed Student Loan (GSL), Supplemental Loan for Students (SLS), PLUS loans, or Consolidation Loans;
d. I will be ineligible for the benefits described under Repayment and Deferment in this Note;
e. I will also pay all charges and other costs, including attorney's fees, that are permitted by federal law and regulations for the collection of these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay collection costs not to exceed 25 percent of the unpaid principal and accrued interest. Declaring these amounts immediately due and payable is at the option of the lender, which it may do only after complying with applicable notice and other requirements of law. Failure to exercise this option does not constitute a waiver of the lender's right to exercise the option at a later date;
f. The lender may assign this Note to HEAF. I will then be required to pay HEAF all amounts

from me a late charge if I fail to pay all or part of a s after it is due or if I fail to provide written evidence ayment deferred as described under Deferment r cents for each dollar of each late installment.

### I. [ION]

loan and its repayment will be reported to one or tion on this loan, the lender, holder or guaranty bureau organizations. This may significantly and credit. The lender, holder or guaranty agency se that information about the default will be disclosed to lender into repayment on the loan within the 30 ponse to a request from any credit bureau organization with that organization about the accuracy and at me.

the laws of the United States of America that the we certify that the information contained in my nd correct to the best of my knowledge and belief s option. I authorize the lender to make my loan school. I hereby authorize the school to pay to the up to the amount of this loan. I further authorize and or HEAF to release to the lending institution, requested information pertinent to this loan (e.g., history, current address). I also authorize the lender ation, institution, or HEAF to make inquiries to or r or subsequent lenders or holders, with respect Also authorize the lender, subsequent holder r and holder to give to the persons I have listed in purpose of warning my current address and tele s of this loan will be used for educational purposes in app carrying at the educational institution named onsible for repaying any funds I receive that I cannot cational or financial expenses related to attendance at that tify that I am a borrower eligible for participation in a refund to my Title IV aid program. I certify that if I have done so or that I have requested my institution I further certify have read the materials explaining program which have been provided to me and that I rights under that program

in Section A of this application is accepted for enrollment me student and is making satisfactory progress in this loan program. I further certify that the student under the regulations applicable to this loan program. I further certify that based upon records available student the student has satisfied the requirements under the Selective Service Act necessary to receive financial aid, is not in default on any loan made under any Title IV student assistance program identified in 34 CFR Part 668, and is not liable for any refund of any grant made under any student assistance program identified in 34 CFR Part 668. I further certify that this institution will comply with all applicable provisions of federal law and the rules, regulations, policies, and procedures of HEAF in the administration of this loan. The information provided in Sections A and B and this School Certification is true, complete, and correct to the best of my knowledge and belief.

---

## AFFIX TO BACK OF PROMISSORY NOTE

Pay to the order of Higher Education Assistance Foundation ("HEAF") without recourse, provided, however, notwithstanding this indorsement without recourse, the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party is good against the undersigned; and
   b) the undersigned is not in default under the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and HEAF, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by HEAF.

2. Disclaims the implied warranty that it has no knowledge of any insolvency proceeding instituted with respect to the maker of this instrument and instead warrants that to the extent it has knowledge of any such proceeding it has disclosed the same to HEAF, but no other implied warranties are hereby disclaimed.

3. Acknowledges that:
   a) upon payment in full by HEAF of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, HEAF will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by HEAF of the undersigned's claim and acceptance by HEAF of transfer of this instrument in consideration thereof, HEAF has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.



SIGNATURE
X _Lisa Carlston_

TITLE
_Claims Analyst_      DATE  5-8-91

F0025  10-87

**HIGHER EDUCATION ASSISTANCE FOUNDATION**
P.O. BOX 64107 • ST. PAUL, MN 55164

◄ *After lender completes application, mail HEAF copy only to this address.*

BEST COPY AVAILABLE AT TIME OF FILMING
LENDER COPY

**GUARANTEED STUDENT LOAN (GSL) APPLICATION/ PROMISSORY NOTE**

**SECTION A - TO BE COMPLETED BY BORROWER (PRINT IN INK—PRESS FIRMLY—OR TYPE)**

1 NAME (NO NICKNAMES)
LAST: Gowers    FIRST: Juanita

2 SOCIAL SECURITY NUMBER ▮▮▮    3 WHEN WERE YOU BORN?

4 PERMANENT ADDRESS: 5644 S PEORIA
CITY: Chicago    STATE: ILL    ZIP: 60621

6 U.S. CITIZENSHIP STATUS (CHECK ONE)
☒ U.S. CITIZEN OR NATIONAL    ☐ PERMANENT RESIDENT OR OTHER ELIGIBLE ALIEN
ALIEN ID NUMBER IF APPLICABLE: n/a

7 PERMANENT RESIDENT OF WHICH STATE: ILL

8a DRIVER LICENSE NUMBER (IF YOU DO NOT HAVE A LICENSE, PRINT "NONE" AND GO TO 9)    8b STATE IN

9 ADDRESS WHILE AT SCHOOL (STREET, CITY, STATE, ZIP): 5644 S. Peoria Chicago ILL 60621

10 PHONE AT SCHOOL ADDRESS: ▮▮▮
11 MAJOR COURSE OF STUDY SEE INSTRUCTIONS IN APP BOOKLET: Cosmetology
12 LOAN AMOUNT REQUESTED: $ 635.00
13 LOAN PERIOD: FROM MO 1 90 TO MO 3 90

**PRIOR LOAN INFORMATION**

14 HAVE YOU EVER DEFAULTED ON A GSL, SLS (ALAS), PLUS, CONSOLIDATED, OR INCOME CONTINGENT LOAN? ☐ YES (GIVE DETAILS ON SEPARATE SHEET) ☒ NO
15a DO YOU HAVE ANY PRIOR UNPAID GSL LOANS? ☒ YES (GO TO 15b) ☐ NO (GO TO 22a)
15b IF YES, TOTAL UNPAID BALANCE OF GSL LOANS $ 2625

16 UNPAID PRINCIPAL BALANCE OF MOST RECENT GSL $ 2625
17 GRADE LEVEL OF MOST RECENT GSL SEE INSTRUCTIONS IN APP BOOKLET: 1
18 LOAN PERIOD START DATE OF MOST RECENT GSL MO ___ DAY ___ YR ___
19 INTEREST RATE OF MOST RECENT GSL ☐ 7% ☐ 8% ☐ 9%

20a DO YOU HAVE ANY PRIOR UNPAID SLS (ALAS) OR PLUS LOANS? ☐ YES (GO TO 20b) ☒ NO (GO TO 21a)
20b IF YES, TOTAL UNPAID PRINCIPAL BALANCE OF PRIOR SLS (ALAS) LOANS RECEIVED DURING ► UNDERGRADUATE STUDY $ 4000 / GRADUATE STUDY $ ___
21a DO YOU HAVE ANY UNPAID PLUS LOANS IF YOU BORROWED AS A PARENT UNDER THE PLUS LOAN PROGRAM? ☐ YES (GO TO 21b) ☒ NO (GO TO 22a)
21b IF YES, TOTAL PRINCIPAL BALANCE OF PLUS LOANS $ ___

**REFERENCES (YOU MUST PROVIDE THREE DIFFERENT NAMES, WITH DIFFERENT U.S. ADDRESSES AND PHONE NUMBERS)**

22a NAME: Mrs Oliviē Lane    STREET: 5644 S Peoria    CITY, STATE, ZIP: Chicago ILL 60621
22b NAME: Kimberly Blackston    STREET: 1734 E 72 Street    CITY, STATE, ZIP: Chicago ILL
22c NAME: Maudell Whitehead    STREET: 2411 E 78 St    CITY, STATE, ZIP: Chicago ILL

NOTICE TO BORROWER: You must read the additional Promissory Note terms and the Borrower's Certification on the reverse side before signing this Promissory Note. PROMISE TO PAY: I promise to pay to the order of my lender the entire Loan Amount Requested shown above, to the extent that it is advanced to me, including the Guarantee Fee and the Origination Fee and later... if the interest accrued... in the terms and conditions described on the reverse side of this Promissory Note and to the terms and conditions contained in the Disclosure Statement that will be provided to me no later than the time of the first disbursement of the loan. I have read, I understand and I agree to the Borrower's Certification on the reverse side of this Promissory Note. I understand that this is a Promissory Note. I will not sign it before reading all of its provisions, even if... I have received an exact copy of it.

23a SIGNATURE OF BORROWER (APPLICATION CANNOT BE PROCESSED WITHOUT SIGNATURE): Juanita Gowers
23b DATE BORROWER SIGNED: 19 90

**SECTION B - TO BE COMPLETED BY SCHOOL**

24 NAME OF SCHOOL: Welford Academy
26 DATE ___    27 SCHOOL CODE ___
25 ADDRESS (STREET, CITY, STATE, ZIP): 2300 W. Lawrence Chicago, Ill 60625
28 ___

29 ___
30 PERIOD LOAN WILL COVER FROM MO 1 DAY 21 YR 90 TO MO 3 DAY 2 YR 90
31 STUDENT'S GRADE LEVEL (CHECK ONE) CORRESP ☐ 0 UNDERGRAD ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 GRAD ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
32 ANTICIPATED GRADUATION DATE MO 3 DAY 31 YR 90
33 STUDENT STATUS (CHECK ONE) ☐ DEPENDENT ☒ INDEPENDENT

34 ADJUSTED GROSS INCOME (AGI) $ 17762
35 COST OF ATTENDANCE FOR LOAN PERIOD $ 5621
36 ESTIMATED FINANCIAL AID FOR LOAN PERIOD $ 1033
37 EXPECTED FAMILY CONTRIBUTION (EFC) $ 10
38 DIFFERENCE (ITEM 35 LESS ITEMS 36 AND 37) OR LEGAL MAXIMUM $ 4578

39 SUGGESTED DISBURSEMENT DATES
1ST DISB MO 3 DAY 5 YR 90    2ND DISB MO ___ DAY ___ YR ___    3RD DISB MO ___ DAY ___ YR ___

40 DO SUGGESTED DISBURSEMENT DATES CORRESPOND TO SCHOOL TERMS? ☒ YES ☐ NO
41 WILL THE STUDENT ATTEND A FOREIGN SCHOOL? ☐ YES ☒ NO
42 SCHOOL USE ONLY

I HAVE READ, I UNDERSTAND, AND I AGREE TO THE TERMS OF THE SCHOOL CERTIFICATION PRINTED ON THE REVERSE SIDE OF THIS APPLICATION
43a SIGNATURE OF SCHOOL OFFICIAL: Miriam Aquino
43b DATE: 2-16-90
43c PRINT NAME AND TITLE: Miriam Aquino

**SECTION C - TO BE COMPLETED BY LENDER**

44 NAME OF LENDER: Manufacturer Hanover Trust Co
45 ___
45 ADDRESS (STREET, BUILDING, CITY, STATE, ZIP): ___
47 BRANCH CODE: ___

50 LOAN DISBURSEMENTS
| | MO | DAY | YR | | AMOUNT |
|---|---|---|---|---|---|
| 48 | | | | $ | |
| | | | | $ | |
| | | | | $ | |

52 IS THIS AN UNSUBSIDIZED LOAN? ☐ YES ☐ NO
53 LENDER ACCOUNT NUMBER
54 LENDER USE ONLY
48 SIGNATURE OF LENDING OFFICIAL    PRINT NAME AND TITLE: FEB 1990
51 TOTAL LOAN AMOUNT APPROVED $ ___ .00

**SECTION D - TO BE COMPLETED BY HEAF**

56 HEAF USE ONLY
57 PROMISSORY NOTE STATUS
55b DATE SIGNED MO ___ DAY ___ YR ___

F40-60 4-87
GSL-304

**REVIEWED #12**

# GSL PROMISSORY NOTE

## A. PROMISE TO PAY

The Interest, Guarantee Fee, and Origination Fee rates and terms (mentioned in the Promise to Pay on the front of this application/promissory note) are:

1. Interest on the unpaid principal balance ... applicable interest rate on this loan will be figured in the following manner: If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 6%, the applicable interest rate on this loan will be 7%. If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 7%, 8%, or 9%, the applicable interest rate on this loan will be the same as that of my other loan(s). If I have no outstanding Guaranteed Student Loans, my applicable interest rate on this loan will be 8%. I understand that if I am eligible for federal interest benefits, the interest will be paid by the Secretary of Education (Secretary) (a) during the period I am in school on at least a half-time basis, (b) during the grace period described under Repayment in this Note, and (c) during the time my loan payments are deferred as allowed by and described under Deferment in this Note. If I am a "new borrower" (as defined below) with a period of enrollment beginning on or after July 1, 1988, my applicable interest rate on this loan will be 8% through the fourth year of repayment. Beginning on the first day of the fifth year of repayment, my applicable interest rate on the loan will be 10%. A "new borrower" is one who has no outstanding balance on a GSL, PLUS, ALAS, SLS or Consolidation Loan on the date he or she signs the promissory note for a loan to cover a period of enrollment beginning on or after July 1, 1988.

2. The Guarantee Fee

HEAF may charge a fee to guarantee my loan. The amount, if any, is governed by current law, applicable regulations and HEAF policy and Rules and Regulations. The Guarantee Fee will be deducted proportionately from each disbursement for applications signed on or after July 1, 1987. I understand that this charge is not subject to refund except for the amount attributable to any disbursement I do not receive, which refund will, at the lender's option, be applied to my loan balance or be returned to ... actual guarantee fee charged.

3. The Origination Fee will be deducted from ... by federal law and will be reflected on my di ... refunded ... ..., on undisbursed amounts. disbu ... ... loan check is not cashe ... che ... ... the lender uncashed ...

## B. C ... E OF LOAN INFOR ...

I understand that before I receive my first loan ... sure statement that it identifies all the terms of ...

## C. GENERAL

I understand that the lender has applied to Higher Education Assistance Foundation (HE ... and the terms of this Promissory Note will ... of the Higher Education Act of 1965, as am ... under the Act and the Rules and Regulations ... law, this Note shall be governed by the laws o ...

## D. REPAYMENT

I will repay this loan in periodic installments du ... than the end of my grace period.

However, during the grace period I may reque ... grace period begins when I cease to carry a ... at a school that is participating in the Guaran ...
1) The Secretary will pay the interest that acc ... and during any deferment period, if it is det ... made on my behalf under the regulations go ... this loan is payable by the Secretary, the len ... me. I may, however, choose to pay this intere ...
2) Once the repayment period begins I will be ... accrues on this loan, except that if the intere ... period was payable by the Secretary, the Se ... any period described under Deferment in thi ...
3) The lender may add any interest to the L ... paid when it is due, in accordance with the ... GSLP
4) I will repay this loan over a repayment pe ... more than 10 years. However, the following i ...
a. If, during the grace period, I request a sho ... a shorter period.
b. The lender may require a repayment per ... ensure that during each year of the repaym ... GSL, PLUS or SLS program loans outs ... least $600 of the unpaid principal of all such ...
c. If I qualify for postponement of my paym ... ment in this Note, or if the lender grants "for ... will not be included in the 5- and 10-year pe ...
5) If, during the grace period, I request a sho ... a period shorter than 5 years. In that event, I ... extended to 5 years.
6) I must contact the lender prior to expirati ... repayment. If I neglect to do so, I hereby au ... within the guidelines set forth in Paragraph 4 of this Section. without my further approval; however, the lender must inform me of these terms in writing at the latest address that I have provided to the lender.
7) The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document that the lender will provide to me before the repayment period begins.
8) My obligation to repay this loan shall be cancelled if I become totally and permanently disabled or die.

## E. PREPAYMENT

At my option and without penalty, I may prepay any time all or any part of the unpaid principal balance of this Note. In the event of prepayment, I will be entitled to a refund of any unearned interest that I have paid. The amount of any such rebate will be computed by the same method by which interest payments were computed.

## F. DEFERMENT

I understand that in certain instances authorized by the Act the payments I am required to make, as described under Repayment in this Note, may be deferred. The instances currently authorized by the Act are described under Deferment in the HEAF ... booklet. To obtain such deferment, I agree to comp ... federal regulations and the Rules and Regulations of the HEAF including, without limitation, submission of required forms to the lender.

## G. FORBEARANCE

If I am unable to repay this loan in accordance with the terms established under Repayment in this Note, I may request the lender to modify these terms. I understand that such modification would be at the lender's option and would have to be in compliance with the Act, federal regulations adopted under the Act and the Rules and Regulations of HEAF. I understand that a modification of repayment terms under this Section is different from Deferment (as described in this Note) and that during this period I will remain responsible for payment of interest, which the lender may (a) collect from me on a periodic basis or (b) add to the principal balance of this loan.

## H. DEFAULT

1. Definition — I understand that under the Act, and HEAF Rules and Regulations, any of the following events is a default.
a. failing to make any installment payment when due, provided that this failure persists for 180 days for a loan repayable in monthly installments or 240 days for a loan repayable in less frequent installments;
b. making any false representation for the purpose of obtaining this loan;
c. using the loan proceeds for other than educational purposes;
d. failing to enroll in the school that completed the application for the time identified as my loan period;
e. not notifying the lender immediately if I (a) drop to less than a half-time student, (b) change my graduation date, (c) change my name, or (d) change my permanent address.

2. Consequences of default — If I default on this loan:
a. The lender may declare the entire unpaid amount of the loan, including interest, immediately due and payable;
b. The lender, holder, or guaranty agency may disclose to schools I have attended (or am currently attending) information about the default;
c. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, College Work-Study, State Student ... tional Direct Student Loan), Guaranteed ... ents (SLS), PLUS loans, or Consolidation ...

... r Repayment and Deferment in this Note; ... ding attorney's fees, that are permitted by ... hese amounts. If this loan is referred for ... Debt Collection Practices Act, I will pay ... unpaid principal and accrued interest. De ... able is at the option of the lender, which is ... e and other requirements of law. Failure to ... of the lender's right to exercise the option ... hen be required to pay HEAF all amounts ...

... a late charge if I fail to pay all or part of a ... r it is due or if I fail to provide written evi ... nt deferred as described under Deferment ... s for each dollar of each late installment.

... nd its repayment will be reported to one or ... this loan, the lender, holder or guaranty ... organizations. This may significantly and ... t. The lender, holder or guaranty agency ... information about the default will be dis ... er into repayment on the loan within the 30 ... to a request from any credit bureau orga ... that organization about the accuracy and ...

... s of the United States of America that the ... rity that the information contained in my ... rect to the best of my knowledge and belief ... n, I authorize the lender to make my loan ... hereby authorize the lender to pay to the ... the amount of this loan. I further authorize ... HEAF to release to the lending institution, ... ed information pertinent to this loan (e.g., ... current address). I also authorize the lender, ... institution, or HEAF to make inquiries to or ... subsequent lenders or holders, with respect ... also authorize the lender, subsequent holder, ... make inquiries to the persons I have listed in ... se of learning my current address and tele ... loan will be used for educational purposes ... cation at the educational institution named ... for repaying any funds I receive that cannot ... onal expenses related to attendance at that ... I am a borrower eligible for participation in ...

the GSL program and that I do not owe a refund to any Title IV aid program. I certify that if I am eligible to apply for a Pell Grant, that I have done so or that I have requested my institution to estimate my eligibility for a Pell Grant. I further certify I have read the materials explaining the federal guaranteed student loan program which have been provided to me and that I understand my responsibilities and my rights under that program.

## SCHOOL CERTIFICATION

I hereby certify that the student named in Section A of this application is accepted for enrollment or is enrolled as at least a half-time student, and is making satisfactory progress in a program determined to be eligible for this loan program. I further certify that the student has been determined by this institution, under the regulations applicable ... this loan program, to be eligible for the loan applied for. I further certify that based upon records available at this institution and due inquiry to the student, the student has satisfied the requirements under the Selective Service Act necessary to receive financial aid, is not in default on any loan made under any Title IV student assistance program identified in 34 CFR Part 668, and is not liable for any refund of any grant made under any student assistance program identified in 34 CFR Part 668. I further certify that this institution will comply with all applicable provisions of federal law and the rules, regulations, policies, and procedures of HEAF in the administration of this loan. The information provided in Sections A and B at this School Certification is true, complete, and correct to the best of my knowledge and belief.

---

## AFFIX TO BACK OF PROMISSORY NOTE

Pay to the order of Higher Education Assistance Foundation ("HEAF") without recourse, provided, however, notwithstanding this indorsement without recourse, the undersigned hereby expressly:

1. Warrants that:

a) no defense of any party is good against the undersigned; and

b) the undersigned is not in default under the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and HEAF, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by HEAF.

2. Disclaims the implied warranty that it has no knowledge of any insolvency proceeding instituted with respect to the maker of this instrument and instead warrants that to the extent it has knowledge of any such proceeding it has disclosed the same to HEAF, but no other implied warranties are hereby disclaimed.

3. Acknowledges that:

a) upon payment in full by HEAF of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, HEAF will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and

b) notwithstanding payment by HEAF of the undersigned's claim and acceptance by HEAF of transfer of this instrument in consideration thereof, HEAF has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.

| SIGNATURE | |
|---|---|
| X _Ann Caruso_ (signature) | |
| TITLE | DATE |
| Ann Caruso | JUN 24 1991 |
| Assistant Vice President | F0025 10-87 |