# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 12-cv-7824 |
| ) | |
| JUANITA GOWERS, ) | Designated Magistrate Judge |
| ) | |
|     Defendant. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

---

NAME (Type or print)
Kimberly J. Goodell

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/*Kimberly J. Goodell*

FIRM: Potestivo & Associates, P.C.

STREET ADDRESS: 223 W. Jackson Blvd., Suite 610

CITY/STATE/ZIP: Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6305436 | TELEPHONE NUMBER: 312-263-0003 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                        APPOINTED COUNSEL