UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-cv-7824 |
| | ) | |
| v. | ) | |
| | ) | |
| JUANITA GOWERS, | ) | Magistrate Judge: Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

The United States, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, requests the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, to voluntarily dismiss, without prejudice, the complaint of the United States of America against JUANITA GOWERS, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By:  s/Caleb J. Halberg
 CALEB J. HALBERG
 Attorney for Plaintiff
 chalberg@potestivolaw.com
 Potestivo & Associates
 223 West Jackson Blvd, Suite 610
 Chicago, Illinois 60606
 (312)263-0003

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal was mailed this 14th day of November, 2012, to:

Juanita Gowers
119 Wilson Street
Park Forest, IL 60466

                                              *s/Caleb J. Halberg*
                                              CALEB J. HALBERG
                                              Attorney for Plaintiff

POTESTIVO & ASSOCIATES, P.C.
Attorneys for Plaintiff
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
kgoodell@potestivolaw.com
312-263-0003

8/00